IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nora K. Mullen, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01159 |
| v. | : | Judge Sargus |
| John S. Compton, Esq. & Lois Compton, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

**ORDER**

The parties' December 6, 2012 joint motion to cancel the settlement conference set for December 11, 2012 (doc. 18) is GRANTED. Counsel are DIRECTED to call my office on or before February 15, 2012 to notify me whether they wish to participate in the March Settlement Week.

The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, John Burtch, 65 E. State Street, Ste. 2100, Columbus, Ohio 43215.

s/Mark R. Abel
United States Magistrate Judge