IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nora K. Mullen, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01159 |
| v. | : | |
| John S. Compton, Esq. & Lois Compton, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Defendants are DIRECTED to file a response to plaintiff's April 3, 2013 motion for reconsideration (doc. 23) on or before April 15, 2013.

                                                                                      s/Mark R. Abel
                                                                                United States Magistrate Judge